UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**LINDA GOODWIN**                                                                          **PLAINTIFF**

**VS.**                                                    **CIVIL ACTION NO.** _1:23cv251 HSO-BWR_

**D.R. HORTON, INC. - HUNTSVILLE,
AND JOHN DOES 1-10**                                                                 **DEFENDANTS**

**COMPLAINT**
(JURY TRIAL REQUESTED)

NOW INTO COURT, through undersigned counsel, comes Plaintiff, LINDA GOODWIN, who files her Complaint and shows as follows:

**PARTIES**

1. Plaintiff, Linda Godwin, is an adult citizen of Harrison County, Mississippi.

2. Defendant, D.R. Horton, Inc. - Huntsville ("D.R. Horton") is a foreign corporation incorporated in the State of Delaware and with its principal place of business in the State of Texas. D.R. Horton may be served through its agent for service of process, CT Corporation System, 645 Lakeland East Drive, Suite 101, Flowood, Mississippi 39232.

3. John Does 1-10 are persons or entities which are liable for the actions and breaches described in the Complaint and whose names have not yet been ascertained.

**JURISDICTION AND VENUE**

4. Venue is proper in this Court as the transaction or occurrence that is the subject matter of this litigation took place in Gulfport, Harrison County, Mississippi. Jurisdiction is proper in this

Court as the parties have complete diversity of citizenship, and Plaintiff's claims exceed $75,000.00, exclusive of interest and costs. 28 U.S.C. § 1332, 1441.

## FACTS

5. Plaintiff incorporates all prior paragraphs.

6. On or about April 22, 2023, Plaintiff was an invitee of D.R. Horton at its property located at 18016 Hutter Road, Gulfport, Mississippi. This location is a "model home," which D.R. Horton used to show prospective homebuyers. At all pertinent times, Plaintiff was a realtor showing the model home to a prospective buyer at D.R. Horton's request and to its benefit.

7. At the subject property owned and controlled by D.R. Horton, there was a step down from the elevated portion of the structure to a recessed area inside the home. This step was not marked or identified by D.R. Horton, and similarly, the step down was damaged and/or unfinished. Further, D.R. Horton and its employees had actual and/or constructive knowledge of the step, its poor condition, the lack of warnings, and the dangerous condition this created.

8. As Plaintiff came from the restroom to the living/entryway area, she tripped at the step which was not marked or repaired. As a result, Plaintiff fell and suffered serious injuries.

9. Defendant and its employees/agents for whom it is vicariously liable, committed various acts of negligence and/or omissions that directly and proximately caused Plaintiff's injuries. These negligent acts and omissions include, but are not limited to, the following:

    a. Failure to properly repair and/or maintain the step;

    b. Failure to warn invitees such as Plaintiff of the dangerous condition;

    c. Failure to remedy the dangerous condition;

    d. Failure to maintain the premises in a reasonably safe condition; and

e. Other negligent acts or omissions that may be shown at trial.

10. As a result of Defendant's negligence, Plaintiff suffered severe, permanent, and debilitating injuries, including but not limited to fractures requiring surgery.

11. Defendant is liable to Plaintiff for damages including, but not limited to, the following:

a. Past, present, and future medical expenses;

b. Past, present, and future pain and suffering;

c. Past, present, and future mental and emotional distress; and

d. Other damages that may be shown at trial.

## JURY DEMAND

12. Plaintiff incorporates all prior paragraphs

13. Plaintiff requests a trial by jury of all issues.

14. Plaintiff's damages exceed $75,000.00, exclusive of interest and costs.

WHEREFORE, Plaintiff prays that her Complaint be deemed good and sufficient and that she be awarded damages, plus interest, court costs, expert witness fees, and all other sums this Court deems reasonable.

Respectfully submitted this 27th day of September, 2023.

LINDA GOODWIN, Plaintiff

*/s/ J. Heath Sullivan*
J. HEATH SULLIVAN (MSB # 105226)
Gulf South Law Firm, PLLC
1423 24th Avenue, Suite A
Gulfport, Mississippi 39501
Phone: 228-207-2880
Fax: 228-206-2365
Email: heath@gulfsouthlaw.com
*Attorney for Plaintiff*